IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL BIVER,<br><br>Plaintiff,<br><br>v.<br><br>NEW METAL FABRICATION CORP<br>EMPLOYEE GROUP HEALTH PLAN<br>and ALLIED NATIONAL, INC.,<br><br>Defendants. | Case No. 19-cv-156 JPG/MAB |

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 4, 2019**     MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**